IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DEVIN TERRELL HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:23-cv-00044 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| WARDEN GRADY PERRY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 24) recommending that Defendant Grady Perry's Motion to Dismiss (Doc. No. 11) be granted and that this action be dismissed. Plaintiff filed a notice of address change the same day the Magistrate Judge entered the Report and Recommendation. (*See* Doc. No. 23). Although the Report and Recommendation, which was initially mailed to Plaintiff's old address, was not returned undelivered, the Court ordered the Clerk to send an additional copy of the Report and Recommendation to Plaintiff's new address and granted him additional time to file objections. (*See* Doc. No. 25). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 24) and concludes that it should be **ADOPTED**. Accordingly, Defendant Grady Perry's Motion to Dismiss (Doc. No. 11) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE